

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00217-CR

Jose Luis **RIOJAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1304
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 12, 2014.

_____
Luz Elena D. Chapa, Justice